David E. Bower (SBN 119546)
**MONTEVERDE & ASSOCIATES PC**
600 Corporate Pointe, Suite 1170
Culver City, CA 90230
Tel: (213) 446-6652
Fax: (212) 202-7880
*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY PLANT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>JAGUAR ANIMAL HEALTH, INC., JAGUAR HEALTH, INC., JAMES J. BOCHNOWSKI, LISA CONTE, JOHN MICEK III, and ARI AZHIR,<br><br>Defendants. | Case No. 3:17-cv-04102-RS<br><br><br>**STIPULATION TO SET BRIEFING SCHEDULE AND [PROPOSED] ORDER** |

WHEREAS, this case was filed as a putative class action on July 20, 2017 by plaintiff Tony Plant ("Plaintiff"), alleging violations of Section 14(a) and Section 20(a) of the Securities Exchange Act of 1934 and related regulations with respect to disclosures in a joint proxy statement/prospectus (the "Proxy") soliciting stockholder approval of a merger with Napo Pharmaceuticals, Inc.

WHEREAS, after the merger closed, on October 3, 2017, Plaintiff moved to be appointed lead plaintiff for the putative class and for appointment of his attorneys as lead counsel pursuant to the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B) (the "Motion").

WHEREAS, on November 2, 2017, the Parties (Plaintiff and Defendants together) filed a Case Management Statement, scheduling Plaintiff to file an amended complaint within thirty days

after the entry of an Order on Plaintiff's Lead Motion, and Defendants to respond to the Amended Complaint within sixty days after service.

WHEREAS, on December 11, 2017, the Court granted Plaintiff's Lead Motion.

WHEREAS, on January 10, 2018, Plaintiff filed his Amended Complaint.

WHEREAS, on March 12, 2018, Defendants filed a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6).

WHEREAS, the Court has entered a minute order setting the hearing on the Motion to Dismiss on April 19, 2018 at 1:30 pm. Further, the Court set Plaintiff's response to be due by March 26, 2018 and Defendants' reply by April 2, 2018.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for each of the parties hereto as follows:

1. Plaintiff shall file his response to the Motion to Dismiss on April 23, 2018;
2. Defendants shall file their reply to the Motion to Dismiss on May 14, 2018; and
3. The Court shall reset the hearing on the Motion to Dismiss from April 19, 2018 to the next available date, which the parties understand to be on June 14, 2018 at 1:30 p.m., or such other date the Court deems appropriate.

DATED: March 13, 2018                    Respectfully submitted,

                                         */s/ David E. Bower*
                                         David E. Bower

**OF COUNSEL**
                                         David E. Bower SBN 119546
**MONTEVERDE & ASSOCIATES PC**           **MONTEVERDE & ASSOCIATES PC**
Juan E. Monteverde                       600 Corporate Pointe, Suite 1170
The Empire State Building                Culver City, CA 90230
350 Fifth Avenue, Suite 4405             Tel: (310) 446-6652
New York, New York 10118                 Fax: (212) 202-7880
Tel: 212-971-1341                        Email: dbower@monteverdelaw.com
Fax: 212-202-7880
Email: jmonteverde@monteverdelaw.com     *Counsel for Plaintiff*

*Counsel for Plaintiff*

DATED: March 13, 2018				/s/ Pamela S. Palmer
						Pamela S. Palmer

						M. Duncan Grant (grantm@pepperlaw.com)
						Christopher B. Chuff (chuffc@pepperlaw.com)
						1313 Market Street, Suite 5100
						Wilmington, Delaware 19899
						Tel: (302) 777- 6544
						        -and-
						Pamela S. Palmer (palmerp@pepperlaw.com)
						Kevin Crisp (crispk@pepperlaw.com)
						350 South Grand Avenue
						Two California Plaza, Suite 3400
						Los Angeles, CA 90071
						Tel: (213) 928-9814

						*Counsel for Defendants*

**IT IS SO ORDERED.**
Date: 3/15/18
						_____
						RICHARD SEEBORG
						United States District Judge