| | |
|---|---|
| 1 | Pamela S. Palmer (SBN 107590) |
| | E-mail: palmerp@pepperlaw.com |
| 2 | Kevin A. Crisp (SBN 261023) |
| | E-mail: crispk@pepperlaw.com |
| 3 | **PEPPER HAMILTON LLP** |
| 4 | 350 South Grand Avenue |
| | Two California Plaza, Suite 3400 |
| 5 | Los Angeles, CA 90071 |
| | Telephone: 213.928.9818 |
| 6 | Fax: 213.928.9850 |
| 7 | M. Duncan Grant (Admitted *Pro Hac Vice*) |
| | E-mail: grantm@pepperlaw.com |
| 8 | Christopher B. Chuff (Admitted *Pro Hac Vice*) |
| | E-mail: chuffc@pepperlaw.com |
| 9 | **PEPPER HAMILTON LLP** |
| 10 | Hercules Plaza, Suite 5100 |
| | 1313 Market Street, Suite 5100 |
| 11 | Wilmington, DE 19899 |
| | Telephone: 302.777.6500 |
| 12 | |
| 13 | Attorneys for Defendants Jaguar Animal Health, Inc., |
| | Jaguar Health, Inc., James J. Bochnowski, Lisa Conte, |
| 14 | John Micek III, and Ari Azhir |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| TONY PLANT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>JAGUAR ANIMAL HEALTH, INC., JAMES J. BOCHNOWSKI, LISA CONTE, JOHN MICEK III, and ARI AZHIR,<br><br>Defendants. | Case No. 3:17-cv-04102<br><br>Assigned for all purposes to the Honorable Richard Seeborg<br><br>**STIPULATION GOVERNING CASE MANAGEMENT SCHEDULING ORDER DEADLINES AND ORDER** |

WHEREAS, this case was filed as a putative class action on July 20, 2017 by an alleged stockholder of Jaguar Animal Health, Inc. ("Jaguar"), alleging violation of Section 14(a) and Section 20(a) of the Securities Exchange Act of 1934 and related regulations with respect to disclosures in a Joint Proxy Statement and Prospectus ("Joint Proxy") soliciting stockholder approval of a merger with Napo Pharmaceuticals, Inc.

WHEREAS, after the merger closed on July 31, 2017, the plaintiff moved to be appointed as lead plaintiff for the putative class and for appointment of his attorneys as lead counsel pursuant to the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B). On December 11, 2017, the Court granted plaintiff's unopposed motion without a hearing.

WHEREAS, on January 10, 2018, the plaintiff filed an Amended Class Action Complaint asserting the same two securities law claims, adding certain allegations and dropping three initially named defendants, all of whom reside overseas.

WHEREAS, on October 10, 2018, the plaintiff filed a Second Amended Class Action Complaint, asserting the same two securities law claims and adding certain allegations. The defendants intend to move to dismiss the Second Amended Class Action Complaint for failure to state a claim upon which relief may be granted. The Court denied the motion to dismiss on June 28, 2019.

WHEREAS, on July 18, 2019, the Court entered the Case Management Scheduling Order setting deadlines for the case.

WHEREAS, in March and April 2020, and most likely for at least several additional months in the future, the nation has grappled with the COVID-19 crisis, which has impeded the progress of this litigation, including the ability to take in-person depositions.

WHEREAS, the parties have begun discussing a potential settlement of this matter.

WHEREAS, under those circumstances, it would be beneficial to the appropriate use of the Court's and the parties' resources to extend the deadlines that are set forth in the Case Management Scheduling Order.

WHEREFORE, the parties hereby stipulate and agree to the following changes to the Case Management Scheduling Order:

DISCOVERY

- On or before December 18, 2020 (previously June 26, 2020), all non-expert discovery shall be completed by the parties;

EXPERT WITNESSES

- On or before January 29, 2021 (previously July 31, 2020), parties will designate experts in accordance with Federal Rule of Civil Procedure 26(a)(2);
- On or before February 26, 2021 (previously August 28, 2020), parties will designate their supplemental and rebuttal experts in accordance with Federal Rule of Civil Procedure 26(a)(2);
- On or before March 26, 2021 (previously September 25, 2020), all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed;

CLASS CERTIFICATION

- On or before April 9, 2021 (previously October 9, 2020), plaintiff will file his motion for class certification;
- On or before May 7, 2021 (previously November 6, 2020), defendant will file its opposition to class certification;
- On or before May 21, 2021 (previously November 20, 2020), plaintiff will file his reply, if any, to defendant's opposition.

*{signatures on next page}*

| | | |
|---|---|---|
| DATED: April 9, 2020 | | **MONTEVERDE & ASSOCIATES PC** |
| | By: | /s/ David E. Bower |
| | | David E. Bower |
| | | 600 Corporate Pointe, Suite 1170 |
| | | Culver City, CA 90230 |
| | | Telephone: 213/446-6652 |
| | | Fax: 212/202-7880 |
| | | -and- |
| | | Juan E. Monteverde |
| | | The Empire State Building |
| | | 350 Fifth Avenue, Suite 4405 |
| | | New York, New York 10118 |
| | | Tel: 212-971-1341 |
| | | Fax: 212-202-7880 |
| | | |
| | | *Attorneys for Plaintiff Tony Plant and the Proposed Class* |
| | | |
| DATED: April 9, 2020 | | **PEPPER HAMILTON LLP** |
| | By: | /s/ Pamela S. Palmer |
| | | Pamela S. Palmer |
| | | |
| | | M. Duncan Grant (grantm@pepperlaw.com) |
| | | Christopher B. Chuff (chuffc@pepperlaw.com) |
| | | 1313 Market Street, Suite 5100 |
| | | Wilmington, Delaware 19899 |
| | | Tel: (302) 777- 6544 |
| | | -and- |
| | | Pamela S. Palmer (palmerp@pepperlaw.com) |
| | | Kevin Crisp (crispk@pepperlaw.com) |
| | | 350 South Grand Avenue |
| | | Two California Plaza, Suite 3400 |
| | | Los Angeles, CA 90071 |
| | | Tel: (213) 928-9814 |
| | | |
| | | *Attorney for Defendants Jaguar Animal Health, Inc., James J. Bochnowski, Lisa Conte, John Micek III, and Ari Azhir* |

ORDER

The parties' Stipulation Governing Case Management Scheduling Order Deadlines is GRANTED.

The hearing for plaintiff's motion for class certification is continued from December 17, 2020 to ___June 10, 2021___ at 1:30 pm in the United States District Court for the Northern District of California, at 450 Golden Gate Avenue, San Francisco, California 94102, Courtroom 3, 17th Floor.

IT IS SO ORDERED.

Dated: 4/10/2020

_____
The Honorable Richard Seeborg
Judge of the United States District Court
for the Northern District of California