UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TONY PLANT,

        Plaintiff,

    v.

JAGUAR ANIMAL HEALTH, INC, et al.,

        Defendants.

Case No. 17-cv-04102-RS

**ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

Pursuant to Civil Local Rule 7-1(b), plaintiff's unopposed motion for preliminary approval of a settlement in this action is suitable for disposition without oral argument and the hearing set for February 4, 2021 is vacated. Good cause appearing, the motion will be granted. Plaintiff is advised that any request for attorney fees in excess of the 25% "benchmark" will have to be adequately justified, as will any request for a service award as high as $10,000. Plaintiff is requested to submit a revised proposed order that sets out the specific dates of all deadlines and the final approval hearing. For purposes of selecting suitable dates, plaintiff may assume the proposed order will be signed and entered within three court days of its submission.

**IT IS SO ORDERED**.

Dated: January 28, 2021

RICHARD SEEBORG
United States District Judge