David E. Bower (SBN 119546)
**MONTEVERDE & ASSOCIATES PC**
600 Corporate Pointe, Suite 1170
Culver City, CA 90230
Tel: (213) 446-6652
Fax: (212) 202-7880
Email: dbower@monteverdelaw.com

*Counsel for Lead Plaintiff Tony Plant and*
*Lead Counsel for the Settlement Class*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TONY PLANT, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:17-cv-04102-RS |
| Plaintiff, | |
| v. | |
| JAGUAR ANIMAL HEALTH, INC., JAMES J. BOCHNOWSKI, LISA CONTE, JOHN MICEK III, and ARI AZHIR, | |
| Defendants. | |

**ORDER AWARDING**
**ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARD**

1    WHEREAS, an action pending before this Court is styled *Plant v. Jaguar Animal Health, Inc., et al,* Case No. 3:17-cv-04102-RS ("Action");

WHEREAS, on February 2, 2021, the Court entered an Order: (i) preliminarily approving the Settlement and the proposed forms and methods of providing Notice to the Settlement Class; (ii) provided Settlement Class Members with the opportunity to object to the proposed Settlement and Lead Plaintiff's application of attorneys' fees and expenses, and Service Award; and (iii) setting a final approval hearing for May 27, 2021, at 1:30 p.m. ("Preliminary Approval Order");

WHEREAS, the Court conducted a hearing on May 27, 2021 ("Settlement Fairness Hearing") to consider, among other things: (i) whether Lead Plaintiff and Lead Counsel have adequately represented the Settlement Class; (ii) whether the proposed Settlement on the terms and conditions provided for in the Stipulation is fair, reasonable, and adequate, thus warranting final approval; and (iii) whether the Fee and Expense Award and the Service Award is reasonable and should be approved; and

WHEREAS, it appearing that Notice of the Settlement, Releases, and the Settlement Fairness Hearing has been given in accordance with the Preliminary Approval Order; the Parties having appeared by their respective attorneys of record; the Court having heard and considered evidence in support of Lead Plaintiff's request for the Fee and Expense Award and Service Award;, the attorneys for the respective Parties having been heard; an opportunity to be heard having been given to all other persons or entities requesting to be heard in accordance with the Preliminary Approval Order; the Court having determined the Notice to the Settlement Class was adequate and sufficient; the Court having found that Lead Plaintiff's request for the Fee and Expense Award and Service Award is fair, reasonable, and adequate and otherwise being fully informed in the premises and good cause appearing therefore:

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, as follows:

1. Unless otherwise defined in this Order, the capitalized terms used herein shall have the same meanings set forth in the Stipulation of Settlement dated December 29, 2020 ("Stipulation") (ECF No. 81-2).

2. The Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all Settlement Class Members who have not timely and validly requested exclusion.

3. The Court hereby awards Lead Counsel Monteverde & Associates PC attorneys' fees of 1/3 of the Settlement Fund or $866,666.67, plus litigation expenses in the amount of $16,960.20, together with the interest earned thereon for the same time period and at the same rate as that earned on the Settlement Fund until paid. The Court finds that the amount of fees awarded is fair and reasonable under the "percentage-of-recovery" method given the substantial risks of non-recovery, the time and effort involved, and the result obtained for the Settlement Class. The Court additionally finds that the costs and expenses were reasonably incurred in the ordinary course of prosecuting this Action and were necessary given the complex nature of the Action.

4. Finally, the Court approves Lead Plaintiff's Service Award in the amount of $5,000.00. This award is reasonable and justified given the time and effort expended and the work performed and the active participation in the litigation and settlement processes by Lead Plaintiff, as class representative on behalf of the Settlement Class; the benefit to the Settlement Class due to Lead Plaintiff's actions on their behalf; and the length of the case.

5. The awarded attorneys' fees and expenses and interest earned thereon shall immediately be paid to Lead Counsel subject to the terms, conditions, and obligations of the Stipulation, and in particular ¶ 6 thereof, which terms, conditions, and obligations are incorporated.

//

//

//

**IT IS SO ORDERED.**

Dated: May 27, 2021

_____
THE HONORABLE RICHARD SEEBORG
CHIEF DISTRICT JUDGE